UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 06-CR-10116-RGS |
| ) | |
| **ROBERT PROSPERI ET. AL.** ) | |

### DISMISSAL OF ALL COUNTS OF ORIGINAL INDICTMENT RETURNED ON MAY 3, 2006

Pursuant to FRCP 48(a), the United States of America, by and through the undersigned Assistant United States Attorney, hereby dismisses all counts (1 through 135) of the original Indictment in this case against all defendants. In support of this dismissal, the government states as follows:

1. On June 28, 2006, the government filed a Superseding Indictment in this case.

2. On July 8, 2009, defendants Keith Thomas and Gerard McNally pleaded guilty to Counts 1, 2, 15, 35, 38, 43, 76, 90, 102, 103, 106, and 130 of the Superseding Indictment. Pursuant to its plea agreements with these two defendants, the government shall dismiss the remaining counts of the Superseding Indictment following imposition of sentence.

3. On August 3, 2009, Defendants Prosperi and Stevenson were found guilty of all 135 Counts of the Superseding Indictment.

4. On August 3, 2009, Defendant Farrar was found guilty of 81 of 135 Counts of the Superseding Indictment and not guilty of the remaining Counts.

5. On August 3, 2009, Defendant Blais was found guilty of 8 of 27 Counts of the Superseding Indictment and not guilty of the remaining Counts.

Accordingly, the government hereby dismisses all Counts of the original Indictment returned on May 3, 2006.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:

*/s/ Anthony E. Fuller*
ANTHONY E. FULLER
Assistant U.S. Attorney


CERTIFICATE OF SERVICE


I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Anthony E. Fuller*
ANTHONY E. FULLER
Assistant United States Attorney


Date: May 27, 2010